IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

vs.                                         1:11-CV-86-SPM/GRJ

NEWBERRY SC COMPANY LTD.,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint (doc. 7). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 7) is *granted*.

2.     The Plaintiff shall have until *June 20, 2011,* to respond to the Complaint (doc. 1).

**DONE AND ORDERED** this <u>fourteenth</u> day of June, 2011.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge