**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

NANCY CUSSON,

       Plaintiff,

vs.                                                                                                1:11-CV-86-SPM/GRJ

NEWBERRY SC COMPANY LTD.,

       Defendant.

_____/

**ORDER EXTENDING TIME**

     **THIS CAUSE** comes before the Court upon the Plaintiff's Unopposed

Motion for Extension of Time to Respond (doc. 14) to Defendant's Motion for More

Definite Statement (doc. 12). The Court finds this request to be reasonable.

Accordingly, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The Motion (doc. 14) is *granted*.

     2.     The Plaintiff shall have until *July 13, 2011,* to respond to the Motion

           for More Definite Statement.

     **DONE AND ORDERED** this <u>thirtieth</u> day of June, 2011.

                   *s/ Stephan P. Mickle*
                   Stephan P. Mickle
                   Senior United States District Judge