**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

NANCY CUSSON,

      Plaintiff,

vs.                                                                         1:11-CV-86-SPM/GRJ

NEWBERRY SC COMPANY LTD.,

      Defendant.

_____/

**ORDER EXTENDING TIME**

      **THIS CAUSE** comes before the Court upon the Plaintiff's Second Unopposed Motion for Extension of Time to Respond (doc. 16) to Defendant's Motion for More Definite Statement (doc. 12). The Court finds this request to be reasonable.  Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1.      The Motion (doc. 14) is *granted*.

2.      The Plaintiff shall have until *July 25, 2011,* to respond to the Motion for More Definite Statement.

      **DONE AND ORDERED** this <u>twenty-second</u> day of July, 2011.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Senior United States District Judge