IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

vs.                                   1:11-CV-86-SPM/GRJ

NEWBERRY SC COMPANY LTD.,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Third Unopposed Motion for Extension of Time to Respond (doc. 20) to Defendant's Motion for More Definite Statement (doc. 12). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion (doc. 20) is *granted*.

2.     The Plaintiff shall have until *August 1, 2011,* to respond to the Motion for More Definite Statement.

**DONE AND ORDERED** this twenty-ninth day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge