IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

vs.                               CASE NO.: 1:11-CV-86-SPM/GRJ

NEWBERRY SC COMPANY, LTD.,
a Florida Limited Partnership,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice (doc. 33) and Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED AND ADJUDGED:

1.     This case is **dismissed** with prejudice.

2.     The clerk is directed to close this case.

3.     The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 4th day of January, 2012.

                                                *S/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Senior United States District Judge